Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of shell strands similar in all material respects to those the subject of *United States* v. *Colonial Bead Co., Inc.* (36 Ct. Cust. Appls. 78, C.A.D. 401), the claim of the plaintiff was sustained.

BEFORE THE THIRD DIVISION, OCTOBER 25, 1960

No. 64796.—Ucagco, Inc. *v.* United States, protest 303570–K (Boston).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of decorative after-dinner cups and saucers the same in all material respects as those the subject of *United States* v. *The Baltimore & Ohio R.R. Co. a/c United China & Glass Company* (47 C.C.P.A. 1, C.A.D. 719), the claim of the plaintiff was sustained.

No. 64797.—John H. Faunce, Phila., Inc. *v.* United States, protests 59/29792, etc. (Philadelphia).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of ceramic rods similar in all material respects to those the subject of *John H. Faunce, Philadelphia, Inc.* v. *United States* (42 Cust. Ct. 196, C.D. 2085), the claim of the plaintiff was sustained. Protest 59/29800 having been abandoned as to entry 4135, to that extent, the protest was dismissed.

No. 64798.—Ucagco, Inc. *v.* United States, protest 59/15772 (Boston).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of butter dishes the same in all material respects as those the subject of Abstract 61910, the claim of the plaintiff was sustained.

No. 64799.—Reliance Merchandise Co., Inc. *v.* United States, protest 59/30733 (New York).

Opinion by JOHNSON, J.  In accordance with stipulation of counsel that the merchandise consists of wall plaques similar in all material respects to those the subject of *Ross Products, Inc.* v. *United States* (43 Cust. Ct. 74, C.D. 2106), the claim of the plaintiff was sustained.

No. 64800.—Ross Products, Inc. *v.* United States, protest 59/33599 (New York).

Opinion by JOHNSON, J.  In accordance with stipulation of counsel that the merchandise consists of wall plaques similar in all material respects to those the subject of *Ross Products, Inc.* v. *United States* (43 Cust. Ct. 74, C.D. 2106), the claim of the plaintiff was sustained.

No. 64801.—Theodore W. Svensson *v.* United States, protests 59/12409 and 59/12410 (Duluth).

Opinion by JOHNSON, J.  In accordance with oral stipulation of counsel that the merchandise covered by entries 156, 178, 183, 188, and 180 was crude petroleum, testing under 25 degrees A.P.I., the claim of the plaintiff was sustained as to said entries.  The protests having been abandoned as to entries 167, 169, 170, 173, and 174, to that extent, the protests were dismissed.

No. 64802.—Frederik Lunning, Inc. *v.* United States, protest 60/7097 (New York).

Opinion by JOHNSON, J.  In accordance with stipulation of counsel that the merchandise consists of vases in mineral colors similar in all material respects to those the subject of Abstract 62694, the claim of the plaintiff was sustained.

BEFORE THE FIRST DIVISION, OCTOBER 26, 1960

No. 64803.—A. Ponnock & Sons *v.* United States, protest 58/23213 (Philadelphia).

OLIVER, Chief Judge:  This protest involves merchandise that is described on the invoice as "FOUR-CHILDREN'S LUGGAGE," which was assessed with duty at